# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LLOYD SHOBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | |
| CHARLES B. WILLIAMS and COAL BRANCH FARMS, LLC, | ) ) | State Court Cause No.: 18-L-0671 |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

Come now defendants Charles B. Williams ("Williams") and Coal Branch Farms, LLC ("Coal Branch Farms"), and hereby files this Notice of Removal of the above-captioned cause to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. §§ 1332 and 1446, and for their grounds, respectfully state as follows:

1. On or about November 6, 2018, defendant Coal Branch Farms was served with Summons and a two-count Complaint filed in the Circuit Court of St. Clair County, Illinois, seeking damages for personal injuries arising out of a motor vehicle accident in East St. Louis, Illinois. *See* Exhibit A.

2. This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332 in that:

   (a) Plaintiff is and was a citizen and domiciliary of the State of Illinois at all relevant times.

   (b) Defendant Williams is and was a citizen and domiciliary of the State of Missouri at all relevant times.

   (c) Defendant Coal Branch Farms is a Missouri limited liability company having its principal place of business in Missouri.

  (d) Therefore, complete diversity exists among the parties to this case.

  (e) The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, in that:

    i. Plaintiff has expressly demanded $85,000.00 to settle this case *See* Exhibit B.

    ii. The Complaint seeks damages for the plaintiff's suffering from injuries of a personal nature, including but not limited to injuries to his neck, back and shoulder that required him to hire doctor and hospital services to cure himself. *See* Ex. A, ¶ 8.

    iii. Further, the Complaint demands judgment for the plaintiff in excess of $50,000.00. *See* Ex. A.

    iv. Together, the settlement demand, Complaint allegations, and prayer for relief make it plain that plaintiff intends to seek more than $75,000.00 in this case.

3. Additionally, removal is proper pursuant to 28 U.S.C. § 1446 in that defendants have filed this Notice of Removal within thirty days after service of the Summons and Complaint, and defendants have filed a copy of the Notice with the Clerk of the State Court and given notice thereof to all adverse parties.

  WHEREFORE, defendants Williams and Coal Branch Farms pray that an Order be entered herein, causing cause No. 18-L-0671 of the Circuit Court of St. Clair County, Illinois to be removed to this Court for further proceedings, and that this Court take jurisdiction herein and make such further orders as may be proper under the circumstances.

Respectfully submitted,

**EVANS & DIXON, L.L.C.**

/s/ David C. Berwin
David C. Berwin (#06281639)
211 North Broadway, Suite 2500
St. Louis, MO  63102
Phone:   (314) 552-4046
Fax:      (314) 884-4446
dberwin@evans-dixon.com
Attorneys for defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this document was filed electronically with the Clerk of the Court to be served on all parties of record by operation of the Court's electronic filing system and mailed and emailed to Keith Short (keith@siltrial.com) and Jack Daugherty (jack@siltrial.com), 325 Market St., Alton, IL, 62002 on this 5th day of December, 2018.

    /s/ Dave C. Berwin

634513