*Laura Olivn*

## IN THE CIRCUIT COURT
## TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LLOYD SHOBE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-L- 0671 |
| | ) |
| CHARLES B. WILLILAMS and COAL | ) |
| BRANCH FARMS, LLC, | ) |
| | ) |
| Defendants. | ) |

### SUMMONS

To:   COAL BRANCH FARMS, LLC

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the St. Clair County Circuit Clerk, within thirty (30) days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.



KAHALAH A. CLAY, Circuit Clerk
10/17/2018
CARMEN GLENN

CLERK OF THE CIRCUIT COURT

BY: _____
     Deputy Clerk

WITNESS,


Clerk of Court

EXHIBIT A

Electronically Filed
Kahalah A. Clay
Circuit Clerk
CARMEN GLENN
18L0671
St. Clair County
10/16/2018 4:02 PM
2567956

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

LLOYD SHOBE, )
)
    Plaintiff, )
)
vs. ) Case No. 18-L- 0671
)
CHARLES B. WILLILAMS and COAL )
BRANCH FARMS, LLC, )
)
    Defendants. )

## COMPLAINT

COMES NOW plaintiff, Lloyd Shobe, by and through his attorneys, Short and Daugherty, P.C., for his Complaint against defendants, Charles B. Williams and Cole Branch Farms, LLC, and alleges as follows:

### COUNT I
### (Charles B. Williams)

1. Plaintiff, Lloyd Shobe, resides at 5535 Avon Place, Village of Washington Park, County of St. Clair, State of Illinois.

2. Defendant, Charles B. Williams, resides at 411 West Pike Street, City of Vandalia, County of Audrain, State of Missouri.

3. On June 8, 2017, plaintiff was in a 2008 Chevy Uplander stopped in traffic behind defendant on Trendlay Avenue at its intersection with 8th Street in the City of East St. Louis, County of St. Clair, and State of Illinois.

4. At said time and place, defendant was in a 2017 Wilson Tractor Trailer stopped in traffic in front of plaintiff on Trendlay Avenue at its intersection with 8th Street in the City of East St. Louis, County of St. Clair, and State of Illinois.

EXHIBIT A

5. At said time and place, defendant backed his tractor trailer into plaintiff's vehicle causing a collision.

6. Defendant had a duty to exercise ordinary care in operating his vehicle so as to not injure plaintiff or damage his vehicle.

7. Despite the duty owed to plaintiff, defendant breached said duty by committing one or more of the following negligent acts or omissions:

   a. Improperly backed the vehicle on a roadway;

   b. Failed to keep a proper lookout;

   c. Failed to look and see things that were obviously visible;

   d. Failed to keep the vehicle he was operating under control so as to avoid a collision; and

   e. Failed to use every precaution to avoid a collision.

8. As direct and proximate result of one or more of the aforementioned negligent acts or omissions of defendant, plaintiff suffered injuries of a personal nature including but not limited to injuries to his neck, back and shoulder. He was required to hire the services of doctors and hospitals in curing himself.

WHEREFORE plaintiff, Lloyd Shobe, prays for judgment against defendant, Charles B. Williams, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00); plus costs of suit.

### COUNT II
### (Coal Branch Farms, LLC)

1-8. Plaintiff hereby incorporates paragraphs No. 1 through No. 8 of this Complaint fully as if the allegations were set forth fully herein.

9. At all times material, defendant Charles B. Williams, was assumed to be

under defendant, Coal Branch Farms, LLC's, direct supervision, employ and control when he committed the negligent acts alleged herein.

10. Defendant Charles B. Williams engaged in this conduct while acting in the course and scope of her employment with the defendant, Coal Branch Farms, LLC, while serving as an employee, agent or servant of the defendant, Coal Branch Farms, LLC.

11. Defendant, Charles B. Williams, was operating under the direction and control of his employer, Coal Branch Farms, LLC.

12. Defendant, Coal Branch Farms, LLC, is liable for the negligent conduct of Charles B. Williams under the law of vicarious liability, including the Doctrine of Respondeat Superior.

13. As a direct result of conduct described herein, plaintiff has suffered the injuries and damages described herein.

WHEREFORE Plaintiff demands judgment to be entered against the defendant, Coal Branch Farms, LLC, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00); plus costs of suit.

Respectfully Submitted,

BY: /s/Keith Short
Keith Short #6210044
Jack Daugherty #6229106
Short and Daugherty, P.C.
325 Market Street
Alton, IL 62002
618-254-0055 (ph)
618-254-1272 (fax)
keith@siltrial.com
jack@siltrial.com