# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD SHOBE, ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:18-CV-02147-MAB |
| ) | |
| CHARLES B WILLIAMS AND COAL ) | |
| BRANCH FARMS, LLC, ) | |
| ) | |
|         Defendants. ) | |

## STIPULATION FOR DISMISSAL BY CONSENT OF THE PARTIES

**COME NOW** Plaintiff and Defendants and hereby announce to the Court that the above case has been resolved by settlement. Plaintiff dismisses all claims with prejudice. Each party to bear their own costs. Each party consents to the dismissal with prejudice.

| | |
|---|---|
| /s/ John R. Daugherty | /s/ David C. Berwin |
| John R. Daugherty, Bar No. | David C. Berwin, Bar No. 6281639 |
| SHORT AND DAUGHERTY PC | EVANS & DIXON, LLC |
| Attorney for Plaintiff | Attorney for Defendants |
| 325 Market Street | 211 N. Broadway, 25th Floor |
| Alton IL 62002 | St. Louis MO 63102 |
| (618) 254-0055 Tel. No. | (314) 552-4046 Tel. No. |
| (618) 254-1272 Fax No. | (314) 884-4446 Fax No. |
| jack@siltrial.com | dberwin@evans-dixon.com |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document was filed and served via Odyssey Filing System and served on all counsel of record by placing a copy in the U.S. mail, postage prepaid, this 20th day of May, 2019.

/s/ David C. Berwin

4089752