IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD SHOBE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-2147-MAB |
| | ) |
| CHARLES B. WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated May 23, 2019 (Doc. 41), this action is **DISMISSED with prejudice, each party to bear their own costs and fees.**

DATED: May 24, 2019

                                              **MARGARET M. ROBERTIE,**
                                              Clerk of Court

                                              BY:  /s/ Alex Francis
                                                   **Deputy Clerk**

APPROVED:  May 24, 2019
                **MARK A. BEATTY**
                **United States Magistrate Judge**